```
UNITED STATES BANKRUPTCY COURTS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:
AUDREY HALPERN                                    Case No.   25-11911 MG
aka Audrey Lynn Halpern                           Chapter 7
aka Audrey L. Halpern
                        Debtor.
-------------------------------------------------------------X
```

**STIPULATION AND ORDER EXTENDING TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND/OR MOVE TO DISMISS**

WHEREAS, Audrey Halpern (the "Debtor") filed a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States code in the United States Bankruptcy Court for the Southern District of New York (New York Division); and

WHEREAS, Gregory Messer was appointed the Interim Chapter 7 Trustee of the Debtor estate (the "Trustee") and has qualified and is acting as permanent Trustee; and

WHEREAS, pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines, December 2, 2025 was fixed as the last day to file a complaint objecting to the Debtor and/or file a motion to dismiss; and

WHEREAS, the Debtor has consented to an extension of the Trustee's time to object to the Debtor discharge and deadline to make a motion to dismiss under section 707 (b) of the Bankruptcy code.

NOW, THEREFORE, it is stipulated and agreed by and between the undersigned that:

1. The Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor case including under Section 707 (b) of the Bankruptcy Code is extended for a period through and including April 2, 2026 without prejudice to the Trustee's rights to seek a further extension or extensions of such time.

2. This stipulation may be executed in counterparts and each such counterpart

together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

     3.     The parties hereto consent to the entry of the stipulation as an order in this proceeding. The attorney signing this stipulation represents that they have authority to bind the debtor.

Dated:    New York, New York
           October 22, 2025

                                    */s/ Gregory Messer*
                                    Gregory Messer
                                    Chapter 7 Trustee
                                    26 Court Street, Suite 2400
                                    Brooklyn, New York 11242
                                    Telephone: 718-858-1474

Dated: New York, New York      */s/ Adrienne Woods*
        October 22, 2025          Attorney for the Debtor
                                    Adrienne Woods
                                    Weinberg Zareh Malkin Price LLP
                                    45 Rockefeller Plaza, 20th Floor
                                    New York, NY 10111
                                    Telephone : 917-447-4321

SO ORDERED this 23
day of October, 2025

**/s/Martin Glenn**
Martin Glenn
Chief United States Bankruptcy Judge