# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Audrey Halpern<br> aka   Audrey Lynn Halpern<br> aka   Audrey L. Halpern | CASE NO.: 25–11911–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–6298 | CHAPTER:  7 |
| | TRUSTEE:<br><br>Gregory M. Messer<br>Law Offices of Gregory Messer, PLLC<br>26 Court Street<br>Suite 2400<br>Brooklyn, NY 11242<br><br>Telephone: (718) 858–1474 |

---

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before February 2, 2026.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.


Dated: October 29, 2025                                         Vito Genna
                                                                Clerk of the Court