**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

AUDREY HALPERN,

                Debtor.

Chapter 7

Case No.:   25-11911

**STIPULATION AND ORDER EXTENDING TIME TO OBJECT TO**
**DISCHARGEABILITY**

WHEREAS, Kapitus LLC has been listed on the Debtor's Schedule E/F as an undisputed, noncontingent and liquidated general unsecured creditor of the Debtor in the amount of not less than $334,143.00, and Kapitus Servicing Inc. as authorized sub-servicing agent of Kapitus LLC ("Kapitus") asserts that the amount of its claim against the Debtor is not less than $285,237.91, including interest and attorney's fees (the "Kapitus Claim"); and

WHEREAS, the deadline to object to the dischargeability of the Kapitus Claim under 11 U.S.C. §523 ("Dischargeability") is currently December 2, 2025 (the "§523 Deadline"); and

WHEREAS, Kapitus has requested, and the Debtor has consented to, the extension of the §523 Deadline so Kapitus may investigate whether grounds exist to object to the Dischargeability of the Kapitus Claim.

IT IS HEREBY STIPULATED, AGREED, AND SO-ORDERED:

The deadline for Kapitus to file an adversary proceeding objecting to the Dischargeability of the Kapitus Claim under 11 U.S.C. §523 is hereby extended by agreement from December 2, 2025 to January 5, 2026, without prejudice to further extend, or seek an extension of, such deadlines.

The entry into this Stipulation shall not constitute an election of remedy or any waiver of: (i) the right to assert that final orders in non-core matters may be entered only after <u>de novo</u> review by a District Judge; (ii) the right to demand trial by jury in this proceeding; (iii) the right to seek the District Court's withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Stipulation and not as otherwise already challenged; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which are expressly reserved.

This Stipulation may be executed in counterparts, with electronic, facsimile or photocopied signatures having the same force and effect as original.

| | |
|---|---|
| Dated: Uniondale, New York<br>December 1, 2025 | Dated: New York, New York<br>December 1, 2025 |
| RIVKIN RADLER LLP | WEINBERG ZAREH MALKIN PRICE LLP |
| By: */s/ Matthew V. Spero*<br>MATTHEW V. SPERO<br>926 RXR Plaza<br>Uniondale, New York 11556<br>Tel: 516-357-3000<br>Matthew.spero@rivkin.com<br>*Counsel for Kapitus Servicing Inc.*<br>*as authorized sub-servicing agent of*<br>*Kapitus LLC* | By: */s/ Adrienne Woods*<br>ADRIENNE WOODS<br>45 Rockefeller Plaza, 20th Floor<br>New York, New York 10111<br>Tel: (917) 447-4321<br>awoods@wzmplaw.com<br>*Counsel for Debtor* |

IT IS SO ORDERED.

4915-9701-8748, v. 1